# UNITED STATES DISTRICT COURT

for the

District of Columbia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
INFORMATION ASSOCIATED WITH ONE ACCOUNT STORED AT PREMISES CONTROLLED BY FACEBOOK, INC. PURSUANT TO 18 U.S.C. § 2703 FOR INVESTIGATION OF VIOLATION OF 18 U.S.C. §§ 2, 1512(c)(2), and 1752(a)(1) & (2) and 40 U.S.C. §§ 5104(e)(2)(D) & (G)

)
)
)
)
)
)
)

Case No. 21-SC-1347

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

Located in the _____ Northern District of California _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress; 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; 40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

The application is based on these facts:

See Affidavit in Support of Application for Search Warrant.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Ronald E. Miller, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone _____ *(specify reliable electronic means).*

Date: _____ 4/29/2021 _____

_____
*Judge's signature*

City and state: _____ Washington, D.C. _____

G. Michael Harvey
United States Magistrate Judge

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means      ☑ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No.  21-SC-1347
INFORMATION ASSOCIATED WITH ONE ACCOUNT STORED AT )
PREMISES CONTROLLED BY  FACEBOOK, INC. PURSUANT TO 18 )
U.S.C. § 2703 FOR INVESTIGATION OF VIOLATION OF 18 U.S.C. §§ )
2, 1512(c)(2), and 1752(a)(1) & (2) and 40 U.S.C. §§ 5104(e)(2)(D) & (G) )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

    An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ Northern District of California _____ .
*(identify the person or describe the property to be searched and give its location)*:

  See Attachment  A (incorporated by reference).

    I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

  See Attachment  B (incorporated by reference).

    **YOU ARE COMMANDED** to execute this warrant on or before _____ May 13, 2021 _____ *(not to exceed 14 days)*
  ☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

    Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

    The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ G. Michael Harvey _____ .
                                                     *(United States Magistrate Judge)*

    ☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____ 4/29/2021 _____    _____
                                                                    *Judge's signature*

City and state: _____ Washington, D.C. _____    _____ G. Michael Harvey _____
                                                                  United States Magistrate Judge

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br><br>21-SC-1347 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## **ATTACHMENT A**
### **Property to Be Searched**

This warrant applies to information which is associated with the **Facebook** account

identified by user ID 100030558050242, which is stored at premises owned, maintained,

controlled, or operated by Facebook, Inc., a company that accepts service of legal process at

1601 Willow Road, Menlo Park, California.

<u>**ATTACHMENT B**</u>

**Particular Things to be Seized and Procedures
to Facilitate Execution of the Warrant**

**I.      Information to be disclosed by Facebook, Inc. ("PROVIDER") to facilitate
execution of the warrant**

   To the extent that the information described in Attachment A is within the possession,

custody, or control of PROVIDER, including any records that have been deleted but are still

available to PROVIDER, or have been preserved pursuant to a request made under 18 U.S.C.

§ 2703(f), PROVIDER is required to disclose the following information to the government

corresponding to each account or identifier ("Account") listed in Attachment A:

   a.  For the time period from November 3, 2020 to the present:  The contents of any

available messages or other communication associated with the Account (including, but not

limited to, messages, attachments, draft messages, posts, chats, video calling history, "friend"

requests, discussions, recordings, images, or communications of any kind sent to and from the

Account, including stored or preserved copies thereof) and related transactional records for all

PROVIDER services used by an Account subscriber/user, including the source and destination

addresses and all Internet Protocol ("IP") addresses associated with each message or other

communication, the date and time at which each message or other communication was sent, and

the size and length of each message or other communication;

   b.  For the time period from November 3, 2020 to the Present:  All photos and videos

uploaded by the Account and all photos or videos uploaded in which the Account has been

"tagged," including Exchangeable Image File ("EXIF") data and any other metadata associated

with those photos and videos;

      c.      For the time period account creation to present:  Basic subscriber records and login history, including all records or other information regarding the identification of the Account, to include full name, physical address, telephone numbers, birthdate, security questions and passwords, and other personal identifying information, records of session times and durations, the date on which the Account was created, the length of service, types of services utilized by the Account, the IP address used to register the Account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, means and source of payment (including any credit or bank account number), and any account(s) linked by machine cookies (meaning all Facebook user identification numbers ("user IDs") that logged into Facebook by the same machine as the Account;

      d.      For the time period from November 3, 2020 to present:  All records or other information related to the Account, including address books, contact and "friend" lists, calendar data, and files; profile information;  "News Feed" information; "Wall" postings; Notes; groups and networks of which the Account is a member; future and past event postings; rejected "friend" requests and blocked users; status updates (including relationship status updates); comments; gifts; "pokes"; "tags"; the account's usage of the "like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked"; searches performed by the Account; privacy settings, including privacy settings for individual Facebook posts and activities; information about the Account's access and use of Facebook applications; and the Account's access and use of Facebook Marketplace;

      e.      For the time period from November 3, 2020 to present:  All "check ins" and other location information;

f.      For the time period from November 3, 2020 to present:  All records pertaining to communications between PROVIDER and any person regarding the Account, including contacts with support services and records of actions taken;

g.      For the time period account creation to present:  All records pertaining to devices associated with the Account and software used to create and access the Account, including device serial numbers, instrument numbers, model types/numbers, International Mobile Equipment Identities ("IMEI"), Mobile Equipment Identifiers ("MEID"), Global Unique Identifiers ("GUID"), Electronic Serial Numbers ("ESN"), Android Device IDs, phone numbers, Media Access Control ("MAC") addresses, operating system information, browser information, mobile network information, information regarding cookies and similar technologies, and any other unique identifiers that would assist in identifying any such device(s), including unique application numbers and push notification tokens associated with the Account (including Apple Push Notifications ("APN"), Google Cloud Messaging ("GCM"), Microsoft Push Notification Service ("MPNS"), Windows Push Notification Service ("WNS"), Amazon Device Messaging ("ADM"), Firebase Cloud Messaging ("FCM"), and Baidu Cloud Push);

h.      For the time period from January 5 to 7, 2021:  All information held by PROVIDER related to the location and location history of the user(s) of the Account, including geographic locations associated with the Account (including those collected for non-PROVIDER based applications), IP addresses, Global Positioning System ("GPS") information, and information pertaining to nearby devices, Wi-Fi access points, and cell towers; and

i.      For the time period from November 3, 2020 to present:  Information about any complaint, alert, or other indication of malware, fraud, or terms of service violation related to the Account or associated user(s), including any memoranda, correspondence, investigation files, or

3

records of meetings or discussions about the Account or associated user(s) (but not including confidential communications with legal counsel).

Within **14 days** of the issuance of this warrant, PROVIDER shall deliver the information set forth above via United States mail, courier, or e-mail to the following:

Special Agent Ronald E. Miller
Federal Bureau of Investigation
Washington Field Office
601 4th Street NW
Washington, D.C.  20535
remiller@fbi.gov

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.  The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.  Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

**II.      Information to be seized by the government**

All information described above in Section I that constitutes **fruits, contraband, evidence and instrumentalities** of violations of 18 U.S.C. §§ 2, 1512(c)(2), 1752(a)(1) & (2) and 40 U.S.C. § 5104(e)(2)(D) & (G) as described in the affidavit submitted in support of this Warrant, including, for each Account, information pertaining to the following matters:

a.      Information that constitutes evidence of the identification or location of the user(s) of the Account;

b.      Information that constitutes evidence concerning persons who either (i) collaborated, conspired, or assisted (knowingly or unknowingly) the commission of the criminal activity under investigation; or (ii) communicated with the Account about matters relating to the criminal activity under investigation, including records that help reveal their whereabouts;

c.      Information that constitutes evidence indicating the Account user's state of mind, *e.g.*, intent, absence of mistake, or evidence indicating preparation or planning, related to the criminal activity under investigation;

d.      Information that constitutes evidence concerning how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the Account user;

e.      Information that constitutes evidence concerning:

i.      Any plan to unlawfully enter the U.S. Capitol, including any maps or diagrams of the building or its internal offices;

ii.      The unlawful entry into the U.S. Capitol, including any property of the U.S. Capitol;

iii.      Any awareness of the official proceeding that was to take place at Congress on January 6, 2021, i.e., the certification process of the 2020 Presidential Election;

iv.      Any efforts to disrupt the official proceeding that was to take place at Congress on January 6, 2021, i.e., the certification process of the 2020 Presidential Election;

v.      Any conspiracy to illegally enter and/or occupy the U.S. Capitol Building on or about January 6, 2021;

vi.      Any breach and unlawful entry of the United States Capitol, and any conspiracy or plan to do so, on January 6, 2021;

vii.      Any riot and/or civil disorder at the United States Capitol on January 6, 2021;

viii.      Evidence concerning efforts after the fact to conceal evidence of those offenses;

ix.      Evidence concerning the identity of persons who either (i) collaborated, conspired, or assisted (knowingly or unknowingly) the commission of the criminal activity under investigation; or (ii) communicated with the unlawful actors about matters relating to the criminal activity under investigation, including records that help reveal their whereabouts;

f.      Information that constitutes evidence concerning:  (i) Account user's entry into the Capitol Building in Washington, D.C. on January 6, 2021; (ii) any loud, threatening, or abusive language and/or disorderly or disruptive conduct by the Account user while inside of the Capitol Building in Washington, D.C. on January 6, 2021; and (iii) any parade, demonstration, or picketing by the Account user while inside of the Capitol Building in Washington, D.C. on January 6, 2021.

**III.    Government procedures for warrant execution**

The United States government will conduct a search of the information produced by the PROVIDER and determine which information is within the scope of the information to be seized specified in Section II.  That information that is within the scope of Section II may be copied and retained by the United States.

Law enforcement personnel will then seal any information from the PROVIDER that does not fall within the scope of Section II and will not further review the information absent an order of the Court.  Such sealed information may include retaining a digital copy of all information received pursuant to the warrant to be used for authentication at trial, as needed.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH ONE ACCOUNT STORED AT PREMISES CONTROLLED BY FACEBOOK, INC. PURSUANT TO 18 U.S.C. § 2703 FOR INVESTIGATION OF VIOLATION OF 18 U.S.C. §§ 2, 1512(c)(2), and 1752(a)(1) & (2) and 40 U.S.C. §§ 5104(e)(2)(D) & (G)** | **No. 21-SC-1347**<br><br>**Filed Under Seal** |

*Reference: USAO Ref. # 2021R00347; Subject Account:  100030558050242*

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Ronald E. Miller**,** being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application for a search warrant for information which is associated with one account with the identifier 100030558050242 – which is stored at premises controlled by Facebook, Inc. ("PROVIDER"), an electronic communications services provider and/or remote computing services provider which is headquartered at / which accepts service at 1601 Willow Road, Menlo Park, California.  The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2703(a), (b)(1)(A), and (c)(1)(A) to require PROVIDER to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B, using the procedures described in Section III of Attachment B.

2.      I am a Special Agent with the Federal Bureau of Investigation and I am assigned to the Washington Field Office's securities fraud squad, which has investigative responsibility for economic crimes. I have also been assigned to the FBI's Minneapolis Field Office and to the FBI Headquarters' Criminal Investigative Division. During my career as a Special Agent, I have conducted over 200 cases as the lead investigator. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws. The facts and information contained in this affidavit are based upon my personal knowledge as well as the observations of other agents involved in this investigation. All observations not personally made by me were relayed to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during the course of this investigation. This affidavit contains information necessary to support probable cause for this application. This affidavit does not include each and every fact observed by me or known by the government.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

4.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. §§ 2, 1512(c)(2), 1752(a)(1) & (2), and 40 U.S.C. § 5104(e)(2)(D) & (G) have been committed by Rasha Abual-Ragheb. There is also probable cause to search the information described in

2

Attachment A for evidence, instrumentalities, contraband or fruits of these crimes further described in Attachment B.

## JURISDICTION

5.       This Court has jurisdiction to issue the requested warrant because it is a "court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. § 2703(a), (b)(1)(A), and (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated."  *Id.* § 2711(3)(A)(i).  As discussed more fully below, acts or omissions in furtherance of the offenses under investigation occurred within Washington, DC. *See id.* § 3237.

## PROBABLE CAUSE

### *Background – The U.S. Capitol on January 6, 2021*

6.       The U.S. Capitol Police (USCP), the FBI, and assisting law enforcement agencies are investigating a riot and related offenses that occurred at the United States Capitol building, located at 1 First Street, NW, Washington, D.C., 20510 at latitude 38.88997 and longitude -77.00906, on January 6, 2021.

7.       At the U.S. Capitol, the building itself has 540 rooms covering 175,170 square feet of ground, roughly four acres.  The building is 751 feet long (roughly 228 meters) from north to south and 350 feet wide (106 meters) at its widest point.  The U.S. Capitol Visitor Center is 580,000 square feet and is located underground on the east side of the U.S. Capitol.  On the west side of the U.S. Capitol building is the West Front, which includes the inaugural stage scaffolding, a variety of open concrete spaces, a fountain surrounded by a walkway, two broad staircases, and multiple terraces at each floor.  On the East Front are three staircases, porticos on both the House and Senate side, and two large skylights into the Visitor's Center surrounded by a

concrete parkway.  All of this area was barricaded and off limits to the public on January 6, 2021.

8.      The U.S. Capitol is secured 24 hours a day by USCP.  Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

9.      On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

10.      On January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol.  During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the U.S. Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which took place on November 3, 2020 ("Certification").  The joint session began at approximately 1:00 p.m. Eastern Standard Time (EST).  Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

11.      As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol.  As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and USCP were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

12.     At around 1:00 p.m. EST, known and unknown individuals broke through the police lines, toppled the outside barricades protecting the U.S. Capitol, and pushed past USCP and supporting law enforcement officers there to protect the U.S. Capitol.

13.     At around 1:30 p.m. EST, USCP ordered Congressional staff to evacuate the House Cannon Office Building and the Library of Congress James Madison Memorial Building in part because of a suspicious package found nearby.  Pipe bombs were later found near both the Democratic National Committee and Republican National Committee headquarters.

14.     Media reporting showed a group of individuals outside of the U.S. Capitol chanting, "Hang Mike Pence."  I know from this investigation that some individuals believed that Vice President Pence possessed the ability to prevent the certification of the presidential election and that his failure to do so made him a traitor.

15.     At approximately 2:00 p.m., some people in the crowd forced their way through, up, and over the barricades and law enforcement.  The crowd advanced to the exterior façade of the building.  The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by USCP Officers or other authorized security officials.  At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured.  Members of law enforcement attempted to maintain order and keep the crowd from entering the U.S. Capitol.

16.     Shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts.  Publicly available video footage shows

an unknown individual saying to a crowd outside the U.S. Capitol building, "We're gonna fucking take this," which your affiant believes was a reference to "taking" the U.S. Capitol.



17. Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. That is, at or about this time, USCP ordered all nearby staff, Senators, and reporters into the Senate chamber and locked it down. USCP ordered a similar lockdown in the House chamber. As the subjects attempted to break into the House chamber, by breaking the windows on the chamber door, law enforcement were forced to draw their weapons to protect the victims sheltering inside.

18. At approximately 2:30 p.m. EST, known and unknown subjects broke windows and pushed past USCP and supporting law enforcement officers forcing their way into the U.S. Capitol on both the west side and the east side of the building. Once inside, the subjects broke windows and doors, destroyed property, stole property, and assaulted federal police officers. Many of the federal police officers were injured and several were admitted to the hospital. The

subjects also confronted and terrorized members of Congress, Congressional staff, and the media. The subjects carried weapons including tire irons, sledgehammers, bear spray, and Tasers. They also took police equipment from overrun police including shields and police batons. At least one of the subjects carried a handgun with an extended magazine. These actions by the unknown individuals resulted in the disruption and ultimate delay of the vote Certification.

19.     Also at approximately 2:30 p.m. EST, USCP ordered the evacuation of lawmakers, Vice President Mike Pence, and president pro tempore of the Senate, Charles Grassley, for their safety.

20.     At around 2:45 p.m. EST, subjects broke into the office of House Speaker Nancy Pelosi.

21.     At around 2:47 p.m., subjects broke into the United States Senate Chamber. Publicly available video shows an individual asking, "Where are they?" as they opened up the door to the Senate Chamber. Based upon the context, law enforcement believes that the word "they" refers to members of Congress.



22.     After subjects forced entry into the Senate Chamber, publicly available video shows that an individual asked, "Where the fuck is Nancy?"  Based upon other comments and the context, law enforcement believes that the "Nancy" being referenced was the Speaker of the House of Representatives, Nancy Pelosi.



23.     An unknown subject left a note on the podium on the floor of the Senate Chamber. This note, captured by the filming reporter, stated "A Matter of Time Justice is Coming."



24.     During the time when the subjects were inside the U.S. Capitol building, multiple subjects were observed inside the U.S. Capitol wearing what appears to be, based upon my training and experience, tactical vests and carrying flex cuffs.  Based upon my knowledge, training, and experience, I know that flex cuffs are a manner of restraint that are designed to be carried in situations where a large number of individuals were expected to be taken into custody.



25.     At around 2:48 p.m. EST, D.C. Mayor Muriel Bowser announced a citywide curfew beginning at 6:00 p.m.

26.     At around 2:45 p.m. EST, one subject was shot and killed while attempting to break into the House chamber through the broken windows.

27.     At about 3:25 p.m. EST, law enforcement officers cleared the Senate floor.

28.     Between 3:25 and around 6:30 p.m. EST, law enforcement was able to clear the U.S. Capitol of all of the subjects.

29.     Based on these events, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day.  In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured.  The proceedings resumed at approximately 8:00 pm after the building had been secured.  Vice President Pence remained in the U.S. Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

30.     Beginning around 8:00 p.m., the Senate resumed work on the Certification.

31.     Beginning around 9:00 p.m., the House resumed work on the Certification.

32.     Both chambers of Congress met and worked on the Certification within the Capitol building until approximately 3 a.m. on January 7, 2021.

33.     During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted

10

evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

34.     Based on my training and experience, I know that it is common for individuals to carry and use their cell phones during large gatherings, such as the gathering that occurred in the area of the U.S. Capitol on January 6, 2021.  Such phones are typically carried at such gatherings to allow individuals to capture photographs and video footage of the gatherings, to communicate with other individuals about the gatherings, to coordinate with other participants at the gatherings, and to post on social media and digital forums about the gatherings.

35.     Many subjects seen on news footage in and around the U.S. Capitol were using a cell phone in some capacity.  It appeared some subjects were recording the events occurring in and around the U.S. Capitol and others appeared to be taking photos, to include photos and video of themselves after breaking into the U.S. Capitol itself, including photos of themselves damaging and stealing property.  As reported in the news media, others inside and immediately outside the U.S. Capitol live-streamed their activities, including those described above as well as statements about these activities.

36.     Photos below, available on various publicly available news, social media, and other media showed some of the subjects within the U.S. Capitol during the riot.  In several of these photos, the individuals who broke into the U.S. Capitol can be seen holding and using cell phones, including to take pictures and/or videos:

11





[1]https://losangeles.cbslocal.com/2021/01/06/congresswoman-capitol-building-takeover-an-attempted-coup/

[2]https://www.businessinsider.com/republicans-objecting-to-electoral-votes-in-congress-live-updates-2021-1.



37.     In November 2020, a Facebook account with display name Rasha Abu participated in Facebook chats involving the New Jersey chapter of the American Patriot 3%. In the Facebook chat, user Rasha Abu advised the revolution will start not by standing by but by standing up.   In addition, she advised civil war is coming and they need to show support, and rise up and fight for our Constitution.   Open Source research identified an individual named Rasha Abual-Ragheb, residing at a specific address in New Jersey, as the possible user of the Facebook account.   As part of the FBI's assessment of Rasha Abual-Ragheb, she was interviewed.   During the interview, Rasha Abual-Ragheb, advised she was a Trump supporter, attended Trump rallies, and was blocked from making posts on Facebook and Twitter for pro-Trump postings.   Additionally, Rasha Abual-Ragheb advised she was born in Lebanon and fled to Jordan when she was a child due to the civil war there.   Rasha Abual-Ragheb further advised

---

[3]https://www.thv11.com/article/news/arkansas-man-storms-capitol-pelosi/91-41abde60-a390-4a9e-b5f3-d80b0b96141e

that she has lived in the United States for 21 years and she provided the interviewing agents with her telephone number.

38.      Open source research revealed a name variant of Rasha Abu. A driver's license photo obtained through the New Jersey Motor Vehicle Commission for Rasha Abual-Ragheb was a match for the profile pic of the Facebook account provided by Confidential Human Source #1 (CHS 1).

39.      In addition, in January 2021, the FBI Newark Division (FBI Newark) obtained, through legal process, records associated with the Facebook account with USERID 100030558050242, and display name Rasha Abu. The Facebook records link the Rasha Abu account to the same phone number that Rasha Abual-Ragheb provided the interviewing agents in November of 2020.  FBI Newark also recently obtained, through legal process,  records associated with the phone number provided by Rasha Abual-Ragheb, which confirmed Rasha Abual-Ragheb was in fact the subscriber.

40.      On January 7, 2021, CHS 1 reported to the FBI Philadelphia Division (FBI Philadelphia) that he/she observed Rasha Abual-Ragheb's Facebook page (display name Rasha Abu) showing Rasha Abual-Ragheb at the protest in Washington, DC on January 6, 2021 (exhibit 1). A post made by Rasha Abual-Ragheb on the Facebook page revealed she checked into the Kimpton George Hotel (exhibit 2). In another Facebook post (exhibit 3), Rasha Abual-Ragheb posted the following: "Just left Dc… I got tear gas, paper spray!!! But I was part of the history. We the people won't take it anymore.  Antifa were between us, i and other MAGA people told Dc police, get that Antifa they didn't do anything.  He had black metal chair...  The police would order to use full force on us from the beginning when we start marching to the capital, the use teargas and pepper spray and rubber bullet, they shot the woman that was

14

standing peacefully without a weapon, they hit women's kids.  They hit people with the pat metal one."

41.     On January 6, 2021, Confidential Human Source #2 (CHS 2) advised the FBI Philadelphia that on the night of January 6, 2021, CHS 2 encountered a woman on the sidewalk of the Kimpton George Hotel in Washington D.C. dressed in distinct clothing and making a scene (exhibit 4 which was  photo taken by CHS).  The woman on the sidewalk identified herself as "Rasha," admitted to being inside the U.S. Capitol, and showed CHS 2 a picture of herself inside the U.S. Capitol building (exhibit 5).  CHS 2 further reported Rasha Abual-Ragheb said she was inside the U.S. Capitol and saw a woman get shot.

42.     On January 12, 2021, exhibit 5, a photo of Rasha Abual-Ragheb in the U.S. Capitol, was provided to USCP Officer Mark Smoot, who is detailed to the USCP First Responders Unit (FRU).   The FRU is a unit assigned to the U.S. Capitol building itself. Officer Smoot advised he was certain the provided picture was taken inside of the U.S. Capitol building.  Officer Smoot further advised the background in the picture appeared to be taken inside the first floor on the Senate side of the U.S. Capitol building.  The archway and white shutters in the picture made him certain this picture was taken inside the U.S. Capitol.

43.     Pursuant to a Federal Arrest Warrant from the United States District Court for the District of Columbia, Rasha Abual-Ragheb was arrested on January 19, 2021.  The FBI had probable cause that Rasha Abual-Ragheb was inside the U.S. Capitol on January 6, 2021 and violated 18 U.S.C. § 1752(a)(1) and (2) and 40 U.S.C. § 5104(e)(2)(D) & (G).

44.     Subsequent to Rasha Abual-Ragheb's arrest, a search of Rasha Abual-Ragheb's cell phone was conducted, pursuant to a search warrant.  The search found the photo in Exhibit 5, photo of Rasha Abual-Ragheb inside the U.S. Capitol, in the cell phone(exhibit 6).  The search

15

also revealed texts from on or about January 9, 2021, where an individual texted Rasha Abual-Ragheb, "Yep.. but you inside!  You are awesome/insane..lol," and "I would redo Wednesday again!!!"  Rasha Abual-Ragheb responded to the text, "I will do every day ha." The search also revealed that on or about January 9, 2021, Rasah Abual-Ragheb  texted the photo of herself inside the U.S. Capitol (exhibit 6) to another individual

45.     During the search of Rasha Abual-Ragheb's phone, some of the photos posted to Rasha Abual-Ragheb's Facebook account that were provided by the CHS 1 were found in the phone.

46.     The search of the phone further revealed Rasha Abual-Ragheb, using Facebook USERID 100030558050242, exchanged several messages on Facebook messenger concerning the events of January 6, 2021.  For example, on or about January 5, 2021, a day prior to events at the U.S. Capitol, Rasha Abual-Ragheb messaged another Facebook user, "Hello please add me." The user responded, "Where r u from and when will u be in DC."  After a system message advising the users they can now message and call each other and see other info like status and when messages are read, the user continued by saying "Okay I checked your page I will send you the link please do not give it to ananyone if you have friends with you please have them message me and mention your name everyone must be vetted by me for all of our safety this channel is strictly for people in DC so it doesn't get jammed up and the main purpose of this group is so if anyone gets into confrontation I can get a security/extraction team to u immediately I also need more people that are capable and willing to do security if you know any please have them contact me."  After exchanging additional messages, Rasha Abual-Ragheb later responded "Thank you . . . me and 3 of my friends (females) leaving tomorrow" and advised "I could help you with Security."

16

47.     Additionally, on or about 01/07/2021 Rasah Abual-Ragheb participated in a group chat where a user messaged, "Sadly a life was taken today."  Another different user responded. "This is set by antifa they murder her."  Rasha Abual-Ragheb replied stating, "Saw her getting shot" and continued "I will never get recovered.  Never.  Fuxk the police e."

48.     In another example, on or about 01/08/2021, Rasah Abual-Ragheb sent a message stating, "I was in DC and I witness exactly what happened I told DC police there were Antifa. No one did anything Trump supporter we don't wear black we don't wear helmet the police did not do anything I'm requesting from the department of justice to show me how I could do affidavit of what happening it was a complete fucking set up I went life in my way back to New Jersey Facebook to quit completely because I did say what happened exactly inside and around the capital I'm now in Facebook jail."

49.     A preservation request was made to Facebook in January 2021 for Facebook USERID 100030558050242.  The preservation request was extended on April 1, 2021. The Facebook case number for the preservation request is 5728917.

_____
Special Agent Ronald E. Miller
Federal Bureau of Investigation


Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on April 29, 2021.


_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

**EXHIBITS**

Exhibit1



Exhibit 2



Exhibit 3



**Rasha Abu**
18h ·

Just left Dc... I got tear gas, paper spray!!! But I was part of the history. We the people won't take it anymore. Antifa were between us, i and other MAGA people told Dc police, get that Antifa they didn't do anything. He had black metal chair... The police would order to use full force on us from the beginning when we start marching to the capital, the use teargas and pepper spray and rubber bullet, they shot the woman that was standing peacefully without a a weapon, they hit women's, kids. They hit people with the pat metal one



39   20 Comments   1 Share

Exhibit 4



Exhibit 5



Exhibit 6

